**Frederick D. KYLE, Plaintiff–Appellant,**

v.

**E.L. PEARSON, Warden; Jamila F. Burney, Associate Warden, Defendants–Appellees.**

**No. 01–7567.**

United States Court of Appeals, Fourth Circuit.

Submitted April 19, 2002.

Decided June 3, 2002.

Frederick D. Kyle, Appellant Pro Se.

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Frederick D. Kyle appeals the order of the magistrate judge granting leave to proceed in forma pauperis and directing collection of the filing fee in accordance with the Prison Litigation Reform Act. We have reviewed the record and the order of

the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. *See Kyle v. Pearson,* No. CA–01–360–3 (E.D.Va. Aug. 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*